# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>White, Ronald A | 2. Court or Organization<br><br>USDC-EDOK | 3. Date of Report<br><br>5/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial     ☒ Annual     ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>101 N. Fifth Street<br>P.O. Box 1009<br>Muskogee, OK 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Oklahoma Bar Association |
| 2. Member | Federal Judges' Association |
| 3. Member | Federalist Society |
| 4. Member | Judicial Conference Committee on Codes of Conduct |
| 5. Executive Board Member | Indian Nations Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 9:59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Money Market Account #1 | A | Interest | J | T | Closed | 10/15 | J | | |
| 2. Bank of Oklahoma - Account #2 | | None | J | T | | | | | |
| 3. Idea Ranch, LLC - Note | | None | J | T | | | | | |
| 4. METLIFE (formerly Paragon) GVUL ACCOUNT | | | | | | | | | See Part VIII. |
| 5. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 10. Northwestern Mutual Whole Life Policy - Cash Value | A | Dividend | J | T | | | | | |
| 11. MERRILL LYNCH IRA #1 | D | Dividend | M | T | | | | | |
| 12. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 13. -Acorn Fund | | | | | | | | | |
| 14. -Energy Transfer Partners(publicly traded partnership units) | | | | | | | | | |
| 15. MERRILL LYNCH IRA #2 | B | Dividend | L | T | | | | | |
| 16. -Merrill Lynch Bank USA RASP | | | | | | | | | |
| 17. -OG&E common stock | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Williams Cos. common stock | | | | | | | | | |
| 19.  -Citigroup | | | | | | | | | |
| 20.  -Steinmart | | | | | Buy | 12/29 | J | | See Part VIII. |
| 21.  -Anheuser Busch | | | | | Buy | 12/29 | J | | See Part VIII. |
| 22.  -Johnson & Johnson | | | | | Buy | 12/29 | J | | See Part VIII. |
| 23.  MERRILL LYNCH ACCOUNT | | | | | | | | | |
| 24.  -Merrill Lynch Bank USA | C | Dividend | M | T | | | | | |
| 25.  -Payne County Bonds | A | Interest | J | T | | | | | |
| 26.  -Axelis common stock | | None | J | T | | | | | |
| 27.  -Bearing Point common stock | | None | J | T | | | | | |
| 28.  -BP Amoco common stock | A | Dividend | J | T | | | | | |
| 29.  -Bank of Oklahoma common stock | A | Dividend | J | T | | | | | |
| 30.  -GE common stock | A | Dividend | K | T | | | | | |
| 31.  -Oneok common stock | A | Dividend | J | T | | | | | |
| 32.  -PDI common stock | | None | J | T | | | | | |
| 33.  -UPS common stock | A | Dividend | J | T | | | | | |
| 34.  -Viacom common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐    NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CBS | A | Dividend | J | T | Buy | 12/31 | J | | See Part VIII. |
| 36. MERRILL LYNCH IRA #3 | E | Dividend | O | T | | | | | |
| 37. -Merrill Lynch Ready Assets | | | | | | | | | |
| 38. -Agere Sys Inc Cl A common stock | | | | | | | | | |
| 39. -Agere Sys Inc Cl B common stock | | | | | | | | | |
| 40. -Avaya Inc. Com common stock | | | | | | | | | |
| 41. -Hewlett Packard Company common stock | | | | | | | | | |
| 42. -Lancaster Colony Corp. common stock | | | | | | | | | |
| 43. -Lehman Bros Hldgs Inc. common stock | | | | | | | | | |
| 44. -Lucent Technologies Inc. common stock | | | | | | | | | |
| 45. -OG&E Energy Corp. common stock | | | | | | | | | |
| 46. -Vintage Pete Inc. common stock | | | | | | | | | |
| 47. -The Williams Companies, Inc. common stock | | | | | | | | | |
| 48. -Magellan Midstream Partners | | | | | | | | | |
| 49. -Alliance Resources | | | | | | | | | |
| 50. -OG&E Ener Cap Tr Fixed Income Securities | | | | | | | | | |
| 51. -H&R Block | | | | | Buy | 12/29 | J | | See Part VIII. |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  UBS #1 | D | Dividend | N | T | | | | | |
| 53.  -UBS Bank USA Deposit Account | B | Interest | J | T | | | | | |
| 54.  -Matrix Service Co. Common Stock | | None | J | T | | | | | |
| 55.  -Ariel Fund | B | Dividend | K | T | | | | | |
| 56.  -Oakmark Intl. Fund | C | Dividend | K | T | | | | | |
| 57.  -Okla Dev Fin Auth Bonds | B | Dividend | K | T | | | | | |
| 58.  -UBS EAS | | None | K | T | | | | | |
| 59.  BOK Acct. #3 (CD) | C | Interest | L | T | Sell | 7/15 | L | | |
| 60.  BOK Acct. #4 (CD) | C | Interest | M | T | Sell | 7/15 | M | | |
| 61.  U.S. Treasury Bill | | None | M | T | Buy | 11/06 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 4 - This GVUL was issued by Paragon. Paragon was acquired by MetLife in 2006.

Lines 20, 21, 22 and 51 - These assets were acquired on 12/29/05, and were inadvertently ommitted from the 2005 report.

Line 35 - Re: CBS - This asset was acquired due to a spin off from Viacom on 12/31/05 and was inadvertently ommitted from the 2005 report.

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A | 5/09/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/9/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544